```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 20710
   VIRGINIA CHAPMAN
   RANDALL E CHAPMAN                             CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-6202     SSN XXX-XX-8624
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/06/07 .

2. The case was dismissed without confirmation, 03/14/2008.

3. The Debtor paid a total of $ 5290.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL | CURRENT MORTG | .00 | .00 | .00 |
| BENEFICIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 472.71 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 1538.49 |
| CITIZENS BANK | SECURED VEHIC | .00 | .00 | 1297.25 |
| COMMERCE BANK | SECURED | .00 | .00 | 851.79 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 586.37 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| GEMB | SECURED | 277.39 | .00 | 277.39 |
| ALLIED WASTE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CUSTOMER SERVICE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |

```
GEMB                         UNSECURED        NOT FILED              .00              .00
GEMB                         UNSECURED        NOT FILED              .00              .00
GEMB                         UNSECURED        NOT FILED              .00              .00
GEMB                         UNSECURED        NOT FILED              .00              .00
GEMB                         UNSECURED        NOT FILED              .00              .00
GEMB                         UNSECURED        NOT FILED              .00              .00
GEMB                         UNSECURED        NOT FILED              .00              .00
GEMB                         UNSECURED        NOT FILED              .00              .00
GEMB                         UNSECURED        NOT FILED              .00              .00
HINCKLEY SPRINGS             UNSECURED        NOT FILED              .00              .00
HSBC                         UNSECURED        NOT FILED              .00              .00
HSBC                         UNSECURED        NOT FILED              .00              .00
HSBC                         UNSECURED        NOT FILED              .00              .00
JC PENNEY CO                 UNSECURED        NOT FILED              .00              .00
KOHLS                        UNSECURED        NOT FILED              .00              .00
KOHLS                        UNSECURED        NOT FILED              .00              .00
MCYDSNB                      UNSECURED        NOT FILED              .00              .00
SHELL OIL                    UNSECURED        NOT FILED              .00              .00
TARGET                       UNSECURED        NOT FILED              .00              .00
VAN RU CREDIT                UNSECURED        NOT FILED              .00              .00
VICTORIAS SECRET             UNSECURED        NOT FILED              .00              .00
VON MAUR                     UNSECURED        NOT FILED              .00              .00
WFNNB/HARLEM FURNITURE       UNSECURED        NOT FILED              .00              .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    277.39           .00           .00           .00         277.39
PRINCIPAL PAID       5024.00           .00           .00           .00        5024.00
INTEREST PAID            .00           .00           .00           .00            .00
TOTAL PAID           5024.00           .00           .00           .00        5024.00
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $    3500.00
and was paid $     750.00   direct and $           .00  through the plan.

The Trustee received $     266.00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 06/25/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                          PAGE   3
CASE NO. 07 B 20710 VIRGINIA CHAPMAN & RANDALL E CHAPMAN
```